JP:MPC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ZHEN GUAN,

              Defendant.

- - - - - - - - - - - - - - - - - -X

C O M P L A I N T

(18 U.S.C. § 2252)

EASTERN DISTRICT OF NEW YORK, SS:

      MICHAEL DELGIUDICE, being duly sworn, deposes and states that he is a Postal Inspector with the United States Postal Inspection Service("USPIS"), duly appointed according to law and acting as such.

      Upon information and belief, on or about November 30, 2011 within the Eastern District of New York and elsewhere, the defendant ZHEN GUAN, did knowingly, intentionally and unlawfully attempt to receive visual depictions to wit: videos contained on 11 digital video discs which contained materials which had been mailed and so shipped and transported, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

      (Title 21, United States Code, Section 2252).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.   I have been employed as a Postal Inspector with the United States Postal Inspection Service ("USPIS") since 2008, and am currently assigned to the New York Division, Intelligence Team, which investigates child pornography offenses.  I have gained expertise in the conduct of such investigations through training in seminars, classes and daily work related to conducting these types of investigations, including the execution of search warrants relating to child pornography offenses.

2.   I am familiar with the information contained in this affidavit based on my own personal participation in the investigation, my review of documents, my training and experience, and discussions I have had with other law enforcement personnel concerning the creation, distribution, and proliferation of child pornography.  Additionally, statements attributable to individuals herein are set forth in sum and in part.

3.   In or about January 2011, federal agents identified a European commercial distributor of child pornography operating a website from which customers could purchase online access to child pornography.  The website was being hosted on a server located within the United States, and federal agents

_____

[1]    Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

executed a search warrant on the server and obtained customer

lists for those individuals who used credit cards to access, or

attempt to access, depictions of child pornography through the

website.

4.     One individual identified from these customer

records was "Zhen Guan," who listed an address of 927 55th St.

Brooklyn, New York, 11219.  This individual used an email address

of "guanzhen2000@yahoo.com" and successfully accessed this

website using a Mastercard issued by Citibank (last four digits

of 8726) on or about December 22, 2007 and December 23, 2007.[2]/

5.     Based on this information, on June 22, 2011, USPIS

inspectors sent an initial solicitation to "Zhen Guan" at 927

55th St. Brooklyn, NY 11219.  This solicitation, which was

printed on heavy orange bond paper and contained within a plain

white envelope, invited ZHEN GUAN to become a customer of a mail

order video service (hereafter referred to as "the undercover

---

[2]Further investigation revealed that ZHEN GUAN continues to
use the email address "guanzhen2000@yahoo.com." Specifically, in
or around June 2011, HSI agents subpoenaed Yahoo! to obtain login
IP information for the email address "guanzhen2000@yahoo.com."
The information provided by Yahoo! in response to the subpoena
shows that the IP addresses associated with
"guanzhen2000@yahoo.com." belonged to Verizon Internet Services
("Verizon").  HSI agents then subpoenaed Verizon to obtain
customer registration information for the IP addresses associated
with "guanzhen2000@yahoo.com."  The information provided by
Verizon in response to the subpoena shows that the IP addresses
are registered to ZHEN GUAN at the SUBJECT PREMISES, with an
email address of "guanzhen2000@yahoo.com." and the telephone
number: (718) 300-9352.  The information provided by Verizon in
response to the subpoena shows internet activity from the IP
addresses as recently as October 4, 2011.

company") that offered a wide range of sexually-related videos. The solicitation contained a listing of categories the recipient could request catalogues for, including preteen boys and girls, incest, and young teen boys and girls. The solicitation also contained an endorsement section that the recipient had to sign stating the recipient was over 18 years of age and was neither a law enforcement officer nor private citizen working for such an agency.

6.    On or about July 7, 2011, USPIS inspectors received a white business sized envelope addressed to the undercover company address. The address was handwritten in black ink and had a handwritten return address label for "Guan 927 55 St. Brooklyn, NY 11219." A first class "Forever" postage stamp was affixed to the envelope and was marked cancelled in Triboro, New York on July 5, 2011. This envelope contained a piece of orange bond paper that appeared consistent with the solicitation sent to ZHEN GUAN on June 22, 2011. The orange form, which was signed by "Guan" and listed the address of the SUBJECT PREMISES, requested catalogs for the following categories: "Hidden Cam & Voyeur," "Masturbation - UA Girls," "Pedophilia," "Pre-teen girls," "young teen girls" and "Rape." There was also a handwritten note in the "Special Requests" section that stated: "removed mailing list after ordering."

7.    On or about July 7, 2011, USPIS inspectors prepared and mailed an envelope address to GUAN ZHEN at the

SUBJECT PREMISES, which contained an order form to purchase movies and catalogs for the following topics:  "Hidden Camera - girls," "Masturbation - UA Girls," "Pedophilia," "Teen girls," and "Young Rape."  The envelope also included a letter from the undercover company thanking GUAN for his recent catalog request and informing him of a fictitious "summer sale" wherein for any two features he purchased, he could get a third feature for free. The catalogs enclosed contained graphic and explicit descriptions of the videos for sale.

8.   On or about July 16, 2011, USPIS inspectors received a white business sized envelope addressed to the undercover company address.  The address was handwritten in black ink and contained a handwritten return address of "Zhen Guan 927 55 St Brooklyn, NY 11219."  A first class "forever" postage stamp was affixed to the envelope and was marked cancelled in Triboro, New York, on July 13, 2011.  The envelope contained a completed order form on white paper that appeared to be consistent with that included in the July 7, 2011 envelope sent by USPIS inspectors from the undercover company.  The order form was filled out in black ink and gave the name "Zhen Guan," at the SUBJECT PREMISES.  The order form requested eleven videos and included $185 in United States currency.

9.   The descriptions of the videos requested by GUAN make clear that the videos contain depictions of minors engaging in sexually explicit conduct.  For example, GUAN requested the

video "Mom's Boyfriend."   It is described as follows:

> 7 year old Lizzie did not like Mom's new
> boyfriend Franco.  When they came home one
> night she knew something was wrong with Mom
> because she could barely stand up.  After
> sending the babysitter home, Franco told
> Lizzie to held change Mommy into her pajamas
> and get her into bed.  After Mom was naked,
> Franco told Lizzie to loose her clothes as
> well. He then did the same. Franco made
> Lizzie play with her mommies' boobs then lick
> her privates.  When she resisted, he slapped
> her.  Franco then promised to be nice if she
> did what she was told.  Before young Lizzie
> knew it they were both licking on Mommy and
> then Franco had her suck his rock hard cock.
> Watch this amazing video as Franco teaches
> young Lizzie how to eat pussy and blow him.

10.   On November 29, 2011 an undercover Postal Inspector delivered a package that included 11 videos containing child pornography purporting from the undercover company to ZHEN GUAN.  This delivery was made and monitored by other Postal Inspectors in close proximity to the defendant's residence. Upon delivering the package to ZHEN, the undercover Postal Inspector required ZHEN to provide a picture identification as well as his signature on a receipt acknowledgment form.  ZHEN provided an identification, signed the form and took possession of the videos containing child pornography.

11.   After the delivery, agents with the USPIS and other federal law enforcement officers executed a duly authorized search warrant at the home of the defendant, ZHEN GUAN.  During the execution of the warrant agents observed the defendant attempting to throw the videos out a second floor window.  During

questioning by agents, GUAN admitted that he knew the videos were illegal and stated that he did not want them anymore. Furthermore, during the execution of the search warrant agents discovered additional images of child pornography which included images of the defendant's minor daughter which the defendant admitted to producing himself.

WHEREFORE, your deponent respectfully requests that the defendant be dealt with according to law.

MICHAEL DELGIUDICE
Postal Inspector
United States Postal
Inspection Service

Sworn to before me this
30th day of November 2011

DGE
K