**(EXPEDITED SENTENCING)**

## Criminal Calendar for a Guilty Plea

Before: Judge John Gleeson, U.S.D.J.

Date: 7/27/12    Time: 3:00 pm – 4:00 pm

DOCKET NUMBER: 11 CR 856

DEFENDANT'S NAME: Zhen Guan
✓ Present ___ Not Present ___ In Custody ✓ Bail

DEFENSE COUNSEL: Jonathan Marks
___ Legal Aid ___ CJA ✓ Retained

AUSA: Nathan D. Reilly    Deputy Clerk: Ilene Lee
INTERPRETER: Cynthia Sa    (Language) Cantonese
COURT REPORTER: Anthony Frisolone

✓ Case called.

Defendant: ✓ sworn   ___ arraigned   ✓ informed of rights
✓ Waives trial before District Court.

___ Waiver of indictment executed.
___ Superseding Indictment/Information filed.
___ Defendant failed to appear, Bench Warrant issued.
✓ Defendant enters a plea of GUILTY to Count(s) ONE to SIX of the Superseding Indictment (S-2)
___ Defendant WITHDRAWS not guilty plea and enters a GUILTY PLEA to Count(s) ___ of the ___.
✓ Court finds factual basis for the plea.
___ Sentencing set for ___ @ ___.
✓ Deft continued on $___ Bond.   ___ Deft continued in Custody.
___ Bail set in the amount of $___ and deft released.
___ Case adjourned until ___ for ___.

~~Plea Agreement marked as Gov's Exhibit #1 and returned to the AUSA. Pursuant to Federal Rule 11 of Criminal Procedure Judge ___ did administer the allocution and accepted the plea. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.~~

- The defendant pleas to Counts one through six of the superseding indictment (S-2); no plea agreement.
- Government's request to remand the defendant is denied by the Court.
- The Court directs the government to have the defendant designated to the appropriate FCI for sexual offenders prior to sentencing.
- The sentencing date is set for September 28, 2012 at 2:30 pm.